IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES DOUGLAS SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:14-cv-00772 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA AND SHAW VENDING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On March 15, 2016, the Magistrate Judge issued a Report and Recommendation (DE #12), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m), Federal Rules of Civil Procedure.

It is so **ORDERED**.

Enter this 7th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge